# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| CHARLES LANE<br>*Plaintiff*<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:25-cv-00006-RRB

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this matter is REVERSED AND REMANDED for payment of benefits.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: March 16, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court